# Court of Appeals
# of the State of Georgia

ATLANTA,___October 01, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15D0045.  JERMAINE A. DAVIS v. THE STATE.**

Jermaine A. Davis pled guilty to robbery and aggravated battery, and he was sentenced to 10 years on or about August 7, 2014.  On September 8, 2014, Davis filed this pro se application for discretionary appeal, seeking to appeal his guilty plea due to ineffective assistance of counsel.

Davis's conviction is a directly appealable final judgment.  We will grant a timely-filed application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED, and Davis shall have ten days from the date of this order to file a notice of appeal in the trial court.  If he has already filed a notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/01/2014_____*
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*